# Court of Appeals
# of the State of Georgia

ATLANTA,  October 10, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0093.  LARON D. GRIFFIN v. WRI PROPERTY MANAGEMENT LLC.**

This case began as a dispossessory proceeding in magistrate court.  After the superior court issued a writ of possession in favor of WRI Property Management, LLC, Laron D. Griffin filed several pleadings, including a request for transcripts and a motion to set aside under OCGA § 9-11-60.  The superior court denied relief on July 22, 2019 and Griffin filed an application for discretionary review on September 19, 2019.  We, however, lack jurisdiction.

Under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999).  Griffin's application, filed 59 days after entry of the superior court's order, is untimely.  Accordingly, Griffin's application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  10/10/2019
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , *Clerk.*